IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01503-MSK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

COLORADO NATURE RANCH, INC., a Florida corporation,
COLORADO NATURE RANCH, L.P., a Colorado limited partnership, and
DOES 1 through 10,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **June 5, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated May 22, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge