IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01503-MSK-BNB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

COLORADO NATURE RANCH, INC., a Florida corporation,
COLORADO NATURE RANCH, L.P., a Colorado limited partnership, and
DOES 1 through 10,

   Defendants.

_____

**ORDER FOLLOWING NOTICE OF IMPENDING SETTLEMENT**
_____

  THIS MATTER comes before the Court upon the parties' notice of impending settlement,

**docket no. 15** filed May 22, 2006.   The following hearing is currently scheduled:

   **December 15, 2006 at 8:00 a.m.**

  Based upon the parties' notice, it is Ordered that:

  1.  Settlements are governed by MSK Civ. Practice Standard III.F.

  2.  If this case is not dismissed or closed by the hearing date specified above, the above

hearing will occur as scheduled, but the purpose of the hearing is changed to address the effect of

the proposed settlement upon the course of this case. Counsel should be prepared to address the

timing and preferred mechanism for disposition of this matter - i.e. dismissal, approval of a

settlement agreement, stipulated judgment, closing of the case, remand etc.

3.  No party need appear and any requirement for submissions at or before the hearing is vacated.  **Counsel may appear by telephone if prior arrangements are made with the Courtroom Deputy, Maureen Nelson at (303) 335-2185.**

Dated this 23rd day of May 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge