IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01503-MSK-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

COLORADO NATURE RANCH, INC., a Florida corporation,
COLORADO NATURE RANCH, L.P., a Colorado limited partnership, and
DOES 1 through 10,

       Defendants.

_____

### ORDER FOR DISMISSAL WITH PREJUDICE
_____

This matter is before the Court on the parties' Joint Stipulated Motion to Dismiss with Prejudice (**#17**). The Court having reviewed the Motion and being sufficiently advised:

**HEREBY ORDERS** that this matter be dismissed in every regard, with prejudice, each party to pay her or its own attorneys fees and costs in their entirety. The clerk shall close this case.

Dated this 6th day of June, 2006.

                              **BY THE COURT:**

                              *Marcia S. Krieger*
                              _____

                              Marcia S. Krieger
                              United States District Judge